AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**1995 Green Oldsmobile Aurora Bearing District
of Columbia License Plate Number CT-1584 and a
Registered Vehicle Identification Number of
1G3GR62C6S4130892**

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

### CASE NUMBER:

(Further described below)

I ____ELLEN RIPPERGER____ being duly sworn depose and say:

I am a(n) <u>Special Agent with the United States Secret Service</u> and have reason to believe
     (Official Title)

that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**1995 Green Oldsmobile Aurora Bearing District of Columbia License Plate Number CT-1584 and a Registered
Vehicle Identification Number of 1G3GR62C6S4130892**
See Attached Affidavit

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person
or property to be searched)

See Attachments A, B, and the affidavit submitted in support of the application for this warrant which are incorporated
herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities of crime and other contraband and property designed or intended for use as a means of
committing a criminal offense.
concerning a violation of Titles <u>18</u> United States Code, Section(s) . The facts to support a finding of Probable Cause
are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Steven Durham
Fraud and Public Corruption/5th Floor
(202) 514-8316

Signature of Affiant
ELLEN RIPPERGER, Special Agent
United States Secret Service

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

<u>AFFIDAVIT IN SURRPORT OF SEARCH WARRANT OF</u>

**1995 GREEN OLDSMOBILE AURORA BEARING DISTRICT OF COLUMBIA LICENSE PLATE NUMBER CT-1584 AND A REGISTERED VEHICLE IDENTIFICATION NUMBER OF 1G3GR62C6S4130892.**

I, Special Agent Ellen Ripperger, being duly sworn, depose and state as follows:

**I.    Introduction**

1.    I am a Special Agent (hereafter "SA") with the United States Secret Service (hereafter "USSS") and have been employed by the USSS since October 9, 2001. I have received formal training in the investigation of financial crimes, including access device fraud, the counterfeiting of United States monetary obligations and securities, and identity theft. I was formally trained as a Criminal Investigator at the Federal Law Enforcement Training Center in Glynco, Georgia, and as a Special Agent at the USSS's James J. Rowley Training Center in Beltsville, Maryland. During my tenure, I have investigated cases involving check fraud, the counterfeiting of United States monetary obligations and securities, access device fraud, identity theft, and bank fraud. I am currently assigned to the USSS Washington Field Office, Metro Area Fraud Task Force and investigate violations of federal laws, including violations of 18 U.S.C. § 1028.

2.    The information contained in this affidavit is based on: (1) my personal knowledge and observations made by me during the course of this investigation; (2) information conveyed to me by other law enforcement officials, financial institution personnel, and other witnesses; (3) my review of other evidence obtained during the investigation. Since this affidavit is submitted for the limited purpose of establishing probable cause, I have not set forth each and every fact I know regarding this investigation.

3.    This affidavit contains information necessary to support probable cause for a search warrant of a 1995 green Oldsmobile Aurora bearing District of Columbia license plate number CT-1584, a registered vehicle identification number of 1G3GR62C6S4130892 (as described in Attachment A) demonstrating that the registered owner of this vehicle, RaShelle Henderson, is involved in an ongoing scheme to defraud individuals and institutions in violation of 18 U.S.C. § 1028, and used said vehicle with

the intent to "…knowingly transfer or use, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, any unlawful activity that constitutes a violation of Federal law, or that constitutes a felony under any applicable State or local law".  Furthermore, there is probable cause to believe that evidence, fruits and instrumentalities of these offenses, (as described in Attachment B) will be found inside the 1995 green Oldsmobile Aurora bearing District of Columbia license plate number CT-1584, a registered vehicle identification number of 1G3GR62C6S4130892, registered to RaShelle Henderson.

II.     **Details of Probable Cause for Search Warrant**

4.     For over five months now, I have been conducting an identity theft investigation in Washington, DC.  All identified victims thus far have been employees, applicants, or interns of the District of Columbia Public Schools.  Information culled from these victims led me to identify Tashana Crews, a resident of 4364 7th Street, SE, #201, Washington, DC 20032, as a suspect.  Crews and a co-conspirator, identified as RaShelle Henderson, have been opening credit accounts using the victims' social security numbers, names, and dates of birth without their knowledge or permission.  A search warrant was executed at 4364 7th Street, SE #201, Washington, DC on April 19, 2007, which yielded many investigative leads, to include Henderson's identity and place of employment: the District of Columbia Public Schools.  Since the search warrant, Crews has cooperated with law enforcement.  During an interview subsequent to the warrant, Crews stated that Henderson, working in her capacity as a Support Assistant for the Office of Professional Development, District of Columbia Public Schools, would steal the personal identifiers of District of Columbia Public Schools personnel.  Henderson would use Crews' personal Yahoo email account, nikeboothoney@yahoo.com, to send Crews the stolen identifiers.  Crews further stated that both she and Henderson used the 'nikeboothoney' account to order clothing, electronic products, and other goods fraudulently through this account on the internet.

5.     On 4/25/07, Crews gave me her email password and signed a consent to search form giving me permission to look at her 'nikeboothoney' account for emails containing fraudulent information from Henderson.  In subsequent conversations with

Crews, she has reiterated that this consent is ongoing as she has not changed the password and she no longer accesses the account.

6.    On or about 5/14/07, I checked the 'nikeboothoney' account for an email Henderson had told Crews she would send. While I did not see that email, I did see an email marked as read addressed to a 'Ms Bawk' from women's retailer Newport News. The email requested further information before a pending order could be shipped.

7.    On 5/17/07, I spoke with Newport News investigator Dick McGrew in reference to the 'Bawk' Newport News transaction. After further investigation, McGrew stated that there are approximately forty (40) possible fraudulent accounts with his company that all use different names, social security numbers, and dates of birth but can be linked through the 7th Street address or the 'nikeboothoney' account.

8.    On 5/18/07, Detective Charlie Pak, Alexandria Police Department, and I went to interview Crews at her residence. When we arrived at Crews' apartment, she produced a large box sent from Newport News in the name of 'Holly Bawk'. Crews stated that Henderson had ordered it and had it shipped to her house. Crews then agreed to make a consensual phone call to Henderson about the box. Crews asked Henderson about the box and the name the box was ordered in. Henderson stated that the name on the box was an alias. Crews also asked Henderson about a pair of shoes that were in the box that were a large size. Henderson stated that she had to order a larger size because they run small. Henderson subsequently agreed to come to Crews' house to pick up the box. Henderson also agreed to send more fraudulent information to Crews. Shortly thereafter, Crews drove to my office with the box. Detective Pak again checked the contents of the box, which included two pairs of shoes, a pair of pajamas, and a jumper. Before Crews drove with the box to Henderson's office at 215 G Street, NE, Washington, DC, we put blue tape on the box so that we could easily identify it. Crews drove to 215 G Street and went inside to meet an unsuspecting Henderson. Both Henderson and Crews were subsequently observed walking to and talking in the parking lot. We further observed Crews put the box with the blue tape in the back seat of Henderson's green 1995 Oldsmobile with DC license plate CT-1584. After the transaction was complete and the box was placed in the 1995 Oldsmobile registered to Henderson, we interviewed Crews. Crews stated that Henderson refused to take possession of the box herself

because she was aware that the parking lot had many cameras.  Henderson's car remained under surveillance; at approximately 5:30pm, Henderson was observed getting into the car and leaving the District of Columbia Public Schools parking lot with the box in her back seat.  Upon Henderson's return to her home, at 1424 R Street, NW, she was observed moving the box with the blue tape, from the back seat of the Oldsmobile into the trunk.

**III.**     **Request for Search Warrant**

        9.      Based upon what I have witnessed in this particular investigation and my experience investigating identity theft, it is common for suspects to store the evidence, fruits and/or instrumentalities of their crimes within their vehicle.  Therefore, I respectfully submit that there is probable cause to believe that evidence, fruits and/or instrumentalities of identity theft, in violation of 18 U.S.C. § 1028, will be found in Henderson's 1995 green Oldsmobile Aurora bearing District of Columbia license plate number CT-1584, a registered vehicle identification number of 1G3GR62C6S4130892.

      .

Special Agent Ellen Ripperger

United States Secret Service

Sworn to and subscribed before me this _____ day of May, 2007

_____

United States Magistrate Judge

District of Columbia

**ATTACHMENT A**

VEHICLE TO BE SEARCHED

The vehicle to be searched is a1995 four-door green Oldsmobile bearing District of Columbia license plate number CT-1584, and a registered vehicle identification number of 1G3GR62C6S4130892, like the model pictured below.



## ATTACHMENT B

ITEMS TO BE SEARCHED AND SEIZED

Evidence and proceeds relating to identity theft including, but not limited to, the following:

RECORDS/DOCUMENTS/MATERIALS

A.)    Search the vehicle and any persons found therein for any evidence relating to identity theft as described in this application and seize any assets related to credit card fraud and identity theft, and;

B)    Search and seize records, documents, and materials containing information of past and present criminal activity relating to the aforementioned criminal activity. The terms "records," "documents," and "materials" includes records in all forms, such as those on paper, in any photographic form, in any mechanical form including, but not limited to, any handmade form (such as writing, drawing, painting, with any implement on any surface, directly or indirectly); any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies); any mechanical form (such as tape recordings, cassettes, as well as printouts or readouts from any magnetic storage device), and any form that is stored in electronic or magnetic form on hard drives, compact disks, zip disks, magnetic tapes or floppy disks, and;

C)    Seize any applications for credit, check cashing privileges, supermarket cards or similar applications not in the lawful possession of the occupant, and;

D)    Seize any financial instrument such as checks, money orders, wire transfers, credit cards, or other similar devices not lawfully in the possession of the occupant, and;

E)    Seize any documents belonging to or relating to any bank or credit card company, their customers, their vendors, or similar suppliers of bank property, and;

F)    Search and seize any ledgers, books, records, correspondence, applications, facsimile transmissions, notes or receipts relating to expenditures to include the acquisition, conversion, movement, transfer, and disbursement of monies, funds, and financial instruments.

G)    Search and seize bank statements, deposit slips, canceled checks and related records, credit cards, gift cards, money drafts, letters of credit, wire transfers, money orders and cashier's checks and receipts, treasurer's checks, bills of sale, installment contracts, real estate records, passbooks, bank checks, safe deposit box contracts and keys, money wrappers, and any other items evidencing the obtaining, secreting, transferring, concealment, and/or expenditure of illegal proceeds.

H)     Search and seize addresses and/or telephone books, rolodex indices, and any papers reflecting names, addresses, telephone numbers, pager numbers, and fax numbers of financial institutions, and other individuals or businesses with whom a financial relationship exists.

I)      Search indices of occupancy, residency, rental and/or ownership of the premises to be searched, included, but not limited to, utility, land, telephone records, mortgages, deeds and lien records, purchase or lease agreements, canceled mail, canceled envelopes and keys.

J)      Seize receipts from United States Postal Service and/or next day carrier services documenting intra/interstate sending and receiving of documents, checks, and mailings.

K)     Seize any and all fruits, instrumentalities, and evidence of crimes related to identity theft, to include but not limited to any and all identification documents and/or records.

L)      Seize any items purchased with a credit card not lawfully in the possession of the occupant to include, but not limited to, electronics, cellular telephones, and gift cards.

M)     Open and search any safes, boxes, bags, compartments, closets  or things in the nature thereof, locked or otherwise, found in or upon said premises, and;

N)     Seize all computers, monitors, keyboards, printers, cables, modems, software, hardware, instruction manuals, password documents, encryption and password codes and other computer equipment and accessories, and their stored information, and to remove said computer equipment from its location for a thorough examination at a controlled site when a search warrant is obtained, and;

O)     Seize, open, and search all evidence, namely: mail, records, receipts, notes, ledgers, and other papers relating to financial crime and hidden assets, to include: bank statements, checks, checkbooks, deposit slips, money drafts, letters of credit, wire transfers, money orders, cashiers checks, pass books birth certificates and any other forms of identification, and any other items evidencing the secreting, transfer, concealment and expenditure of money;

P)      Seize Social Security Administration documents, including Social Security Cards and/or applications for Social Security Cards that appear to be related to individuals other then the residents, and;

Q)     Seize all cell phones, pagers, telephone  records and bills that might evidence phone calls to and from co-conspirators banks/victims, and seize any of these records that might be pertinent to this investigation, and;

R)      Examine all telephone books, both personal and commercially printed, particularly if the books are marked in any fashion which suggests that calls were made to associates, and seize  any such books that appear to be pertinent to this investigation, and;

S)      Seize any receipts or other documents of any sort that appear to be related to the initial purchase, subsequent trade or resale of any stocks, bonds, mutual funds, annuities, insurance policies and/or goods unlawfully purchased with monies obtained via this fraudulent scheme, and;

T)      Examine any fax machines, caller ID terminals, pagers, printers, scanners, embossing machines, encoding machines, typewriters, manual or electronic equipment or components, i.e. Personal Computers, used to print and store information, and seize any such items that appear to be pertinent to this investigation, and;

U)      Seize travel records, including but not limited to, passports, visas, airline tickets, boarding passes, and  airline ticket receipts, and;

V)      Seize United States currency in large denominations, and;

W)      Seize photographs that are pertinent to this investigation.