AO93(Rev.5/85) Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1995 Green Oldsmobile Aurora Bearing District
of Columbia License Plate Number
Registered Vehicle Identification Number of

**FILED**

JUN 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SEARCH WARRANT

CASE NUMBER: 07-241-M-01

TO: __ELLEN RIPPERGER__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by SPECIAL AGENT, ELLEN RIPPERGER who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1995 Green Oldsmobile Aurora Bearing District of Columbia License Plate Number              and a Registered Vehicle Identification Number of
See Attached Affidavit

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Schedules A, B, and the affidavit submitted in support of the application for this warrant which are incorporated herein by reference.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  JUN 0 5 2007
                                                    (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 24 2007  3:10 PM                          at Washington, D.C.

Date and Time Issued
ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/24/07 | 5/25/07 12pm | |

**RETURN**

INVENTORY MADE IN THE PRESENCE OF  Ellen Pippenger

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached

**FILED**

JUN 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

06/06/08
Date

# Inventory Listing of Warrant Items Seized at Search Warrant Site

| | | |
|---|---|---|
| **Site Name:** 1995 Oldsmobile Aurora | **Investigation Number:** 771-83339 | **Report Date:** Friday, May 25, 2007 |
| **Green Lic:** | **Starting Date and Time:** 05/25/2007 01:00 PM | |
| | **Ending Date and Time:** 05/25/2007 02:00 PM | |

**Control #:** 1  
**Location:** 1995 Oldsmobile  
**Found:** drivers side door  
**Description:** Seized Per Warrant   Samsung cell phone  
**Evidence Box:** 1  
**Locator Code:** Lic: CT-1578

**Control #:** 2  
**Location:** 1995 Oldsmobile  
**Found:** back of passenger front seat  
**Description:** Seized Per Warrant   Internet order receipt from back county. com, receipt identifies two individuals  
**Evidence Box:** 2  
**Locator Code:** Lic: CT-1578

**Control #:** 3  
**Location:** 1995 Oldsmobile  
**Found:** in white folder in right front seat  
**Description:** Seized Per Warrant   CD labled "HP color Laser Jet" "4700 drivers"  
**Evidence Box:** 3  
**Locator Code:** Lic: CT-1578

**Control #:** 4  
**Location:** 1995 Oldsmobile  
**Found:** in white folder in right front seat  
**Description:** Seized Per Warrant   copy of bank information and xerox checks, bank appl, Journal with bank information, verizon bill  
**Evidence Box:** 4  
**Locator Code:** Lic: CT-1578